PETER F. CUMMINGS, PROSECUTOR-APPELLANT, v. POLICEMEN'S PENSION COMMISSION OF THE BOROUGH OF BELMAR, RESPONDENT-RESPONDENT.

Submitted May 27, 1938—Decided September 16, 1938.

130

For the appellant, *Lester C. Leonard.*

For the respondent, *Collins & Corbin* (*Edward A. Markley* and *James J. Langan,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.